John A. Schillo, Administrator of Estate of John A. Schillo, Deceased, Appellant, v. City of Chicago, Appellee.

Gen. No. 43,313.

Heard in the first division, first

district, this court at the February term, 1945; opinion filed June 25, 1945; released for publication July 19, 1945. Gardner, Morrow, Fowler & Merrick, for appellant; Walter M. Fowler, of counsel; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal and Adam E. Patterson, Assistant Corporation Counsel, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.